IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


DILSHOD SIDIKOV,                          :
                                         :
            Petitioner                    :
                                         :
      v.                                  :     CIVIL NO. 4:CV-14-334
                                         :
MICHAEL PUGH, ET AL.,                     :     (Judge Brann)
                                         :
            Respondents                   :


**ORDER**

February 27,  2014


In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT**:

> 1.    Petitioner is **GRANTED** leave to proceed in forma pauperis for
>
>       the sole purpose of the filing of this action with this Court.
>
> 2.    The Clerk of Court is directed to **TRANSFER** this action to the
>
>       United States District Court for the Northern District of Ohio.
>
> 3.    The Clerk of Court is directed to **CLOSE** the case.

1

4.      Based on the Court's conclusion, there is no basis for the

issuance of a certificate of appealability.


BY THE COURT:


s/Matthew W. Brann
Matthew W. Brann
United States District Judge